1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   J. DOUGLAS WILSON (DCBN 412811)
3  Chief, Criminal Division

4  CASEY O'NEILL (NYBN 4715363)
   Special Assistant United States Attorney
5
       150 Almaden Boulevard, Suite 900
6      San Jose, CA 95113
       Telephone: (408) 535-5080
7      Fax: (408) 535-5066
       E-Mail: Casey.O'Neill@usdoj.gov
8
   Attorneys for the United States of America
9

10                   UNITED STATES DISTRICT COURT

11                  NORTHERN DISTRICT OF CALIFORNIA

12                          SAN JOSE DIVISION

13 | UNITED STATES OF AMERICA,        ) CASE NO. 14-CR-00335 DLJ
                                      )
14 |                                  ) STIPULATION AND ] ORDER
                                      ) CONTINUING STATUS DATE & EXCLUDING
15 |    v.                            ) TIME
                                      )
   | AGUSTIN OJEDA-DOMINGUEZ,         )
16 |                                  )
                                      )
17 |                                  )
        Defendants.                   )
18 |                                  )
                                      )
19 |                                  )
                                      )
20

21      The government and defendant Agustin Ojeda-Dominguez, through their respective counsel,

22 hereby stipulate and request that the status hearing currently set for Thursday, July 3, 2014, at 9:00 a.m.,

23 be continued to Thursday, August 28, 2014, at 9:00 a.m., before The Honorable D. Lowell Jensen,

24 United States District Judge. The reason for the requested continuance is that the undersigned

25 government counsel and defense counsel need time to evaluate discovery materials in the case.

26      The parties also stipulate and request that the Court exclude time from July 3, 2014 through and

27 including August 28, 2014, as the reasonable time necessary for effective preparation of counsel, given

28 the ongoing evaluation of the case, such that the ends of justice served by the continuance outweigh the

STIPULATION CONTINUING STATUS DATE & EXCLUDING TIME
NO. 14-CR-00335 DLJ                              1

best interest of the public and the defendants in a speedy trial, pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (h)(7)(B)(iv).

Dated: June 30, 2014

MELINDA HAAG
United States Attorney

_____/s/_____
CASEY O'NEILL
Special Assistant United States Attorney

Dated: June 30, 2014

_____/s/_____
ROBERT CARLIN
Counsel for defendant Agustin Ojeda-Dominguez

**[] ORDER**

Good cause appearing and by stipulation of the parties,

IT IS HEREBY ORDERED that the status hearing currently set for Thursday, July 3, 2014, at 9:00 a.m., shall be continued to Thursday, August 28, 2014, at 9:00 a.m.

It is further ordered that time from July 3, 2014 through and including August 28, 2014, shall be excluded from the computation of the time within which trial shall commence, as the reasonable time necessary for effective preparation of counsel, such that the ends of justice served by the continuance outweigh the best interest of the public and the defendant in a speedy trial, pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (h)(7)(B)(iv).

Öæǝ^ǨÁ EŒEFI

_____
HON. D. LOWELL JENSEN
United States District Judge

STIPULATION CONTINUING STATUS DATE & EXCLUDING TIME
NO. 14-CR-00335 DLJ                 2