1  STEVEN G. KALAR
   Federal Public Defender
2  ROBERT M. CARLIN
   Assistant Federal Public Defender
3  55 South Market Street, Suite 820
   San Jose, CA  95113
4  Telephone:  (408) 291-7753
   E-mail: robert_carlin@fd.org
5
   Counsel for Defendant
6  AUGUSTIN OJEDA DOMINGUEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 14-00335-DLJ |
| Plaintiff, | **STIPULATION TO CONTINUE STATUS CONFERENCE; ] ORDER** |
| vs. | |
| AUGUSTIN OJEDA DOMINGUEZ, | |
| Defendant. | |

Plaintiff United States of America, by and through Assistant United States Attorney Jeffrey Nedrow, and Defendant AUGUSTIN OJEDA DOMINGUEZ ("Mr. Ojeda"), by and through his attorney of record, Assistant Federal Public Defender Robert Carlin, hereby stipulate that the status conference in this case should be continued from September 25 to October 28, 2014, at 33:00 a.m.

1. Mr. Ojeda has been charged in the above captioned case in a single count information with a violation of 8 U.S.C. §§ 1326 (a) and (b).

2. A status conference before this Honorable Court has been scheduled for September 25, 2014, at 9:00 a.m.

1

1    3. Counsel needs additional time to review the discovery provided by the government,
2  and to discuss potential resolution of the matter with the government once the case is reassigned
3  within the United States Attorney's Office, following the departure of the previously assigned
4  Special Assistant United States Attorney.
5    5. Therefore, Mr. Ojeda respectfully requests that the status hearing be continued as
6  requested, and agrees to the exclusion of time from September 25 to October 28, 2014, pursuant
7  to 18 U.S.C. § 3161 (h)(7)(A).
8    5. Accordingly, the parties request that the status hearing be continued to October 28,
9  2014, at 33:00 a.m.
10
11  IT IS SO STIPULATED.
12                                        Respectfully submitted,
13                                        STEVEN G. KALAR
                                          Federal Public Defender
14
15
                                          ____/s/_____
16  Dated: September 23, 2014              ROBERT CARLIN
                                          Assistant Federal Public Defender
17
18                                        UNITED STATES ATTORNEY
19
20  Dated: September 23, 2014              ___/s/_____
                                          JEFFREY NEDROW
21                                         Assistant United States Attorney
22
23
24
25
26

2

STEVEN G. KALAR
Federal Public Defender
ROBERT M. CARLIN
Assistant Federal Public Defender
55 South Market Street, Suite 820
San Jose, CA  95113
Telephone:  (408) 291-7753
E-mail: robert_carlin@fd.org

Counsel for Defendant
AUGUSTIN OJEDA DOMINGUEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR  14-00335-DLJ |
| Plaintiff, | **[] ORDER ON STIPULATION TO CONTINUE STATUS CONFERENCE** |
| vs. | |
| AUGUSTIN OJEDA DOMINGUEZ | |
| Defendant. | |

    1. Mr. Ojeda has been charged in the above captioned case in a single count information with a violation of 8 U.S.C. §§ 1326 (a) and (b).

    2. A status conference before this Court has been scheduled for September 25, 2014, at 9:00 a.m.

    3. Counsel needs additional time to review the discovery provided by the government, and to discuss potential resolution of the matter with the government once the case is reassigned within the United States Attorney's Office, following the departure of the previously assigned Special Assistant United States Attorney.

3

1    4. The parties have requested that the status hearing be continued to October 28, 2014, at
2  '"33‹00 a.m.
3    5. There is good cause for the requested continuance, and the "ends of justice" served by
4  taking such action "outweigh the best interest of the public and the defendant in a speedy trial."
5  18 U.S.C. § 3161 (h)(7)(A). Accordingly, the time from September 25 to October 28, 2014, is
6  excluded pursuant to section § 3161 (h)(7)(A).
7    5. The status hearing in this matter shall be continued to October 28, 2014, at 33:00 a.m.

9    IT IS SO ORDERED.

11  Dated: \_\_JEDI EFI_____   _____
12                                         HON. D. LOWELL JENSEN
                                           United States District Judge

4